[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 440.]

MCGEARY ET AL., APPELLEES, *v*. BROCKER ET AL., APPELLANTS.

[Cite as *McGeary v. Brocker*, 2002-Ohio-1244.]

*Court of appeals' judgment reversed—Vacating of a summary judgment is a final appealable order.*

(Nos. 01-398 and 01-867—Submitted January 29, 2002—Decided March 20, 2002.)

APPEAL from the Court of Appeals for Mahoning County, No. 00CA257.

————————————

{¶ 1} The judgment of the court of appeals is reversed pursuant to R.C. 2505.02(B)(3) because the vacating of a summary judgment is a final appealable order.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Martin F. White Co., L.P.A., Martin F. White* and *James J. Crisan*, for appellees.

*Harrington, Hoppe & Mitchell, Ltd., James L. Blomstrom* and *John T. Dellick*, for appellants.

————————————